

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 10, 2021

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

        Re:  United States v. Mesa
             21 Mag. 10745

Dear Judge McCarthy:

    The defendant in the above matter has been arrested.
Accordingly, the United States respectfully moves to unseal the
complaint in this matter.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                             /s
               By:      _____
                        James McMahon
                        Assistant United States Attorney
                        (914) 993-1936

SO ORDERED:

_____     11-10-2021
HON. JUDITH C. McCARTHY
United States Magistrate Judge